**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 95-40938**
**Summary Calendar**
_____

**BENNIE GRISMORE,**

**Petitioner-Appellant,**

**versus**

**GARY L. JOHNSON, Director, Texas**
**Department of Criminal Justice,**
**Institutional Division,**

**Respondent-Appellee.**

_____

**Appeal from the United States District Court**
**for the Eastern District of Texas**
**USDC No. 6:93-CV-496**
_____

June 25, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Bennie Grismore appeals, _pro se_, the dismissal of his 28 U.S.C. § 2254 petition. He contends that his rights were violated by the failure to apply retroactively new Texas state law requiring a definition of reasonable doubt in the jury charge. He contends also that his due process rights were violated by the trial court's admission of evidence of an extraneous offense. We affirm for

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

essentially the reasons adopted by the district court. *Grismore v. Collins*, No. 6:93-CV-496 (E.D. Tex. October 26, 1995). We do not address Grismore's ineffective assistance of counsel contentions, raised for the first time on appeal.

                                                              *AFFIRMED*